9/29/17 Third Complaint [2:17-CV-0217-TOR]

Dr. Gregory Bahder by putting me on level restriction and ward hold because I am Black and Native is discriminating against me, when he does this it does not give me the right to go outside and smoke and I can't have any of my personal coffee or snack's, but when this patient Jason Goodpastor is doing the same thing I'm doing which is exercising my freedom of speech because he is a white man, no restriction's are placed on him. That's clearly a state of discrimination. also.

Sean Caldwell is my Forensic therapist like a social worker he's supposed to help me succeed not make it harder for me to get out of this hospital. He is constantly putting restrictions on me for petty stuff. Then he and doctor Bahder don't want me to succed and get out of here cause their constantly restricting from thing's. I haven't hurt any body since I've been here. I don't even think I have mental problems and there forcing me to take atipsycotics that are messing with my brain. I truly beleive GOD has cured me of my mentle illness and I'm being held here against my will. which feels like I'm in a concentration camp.
Signed, ELLIOTT D. GOODIN
Elliott D. Goodin

9/29/17  [2:17-CV-0217-TOR]

On this day I witnessed a blaitent case of discrimination by doctor Bahden he told me directly that He can't take any body of restrictions without the team their. He at 3:35 to Jason Goodpastor off restrictions without the team being present because the patient is white and I'm Black and Native. Where is the justice in that. That's telling me because the color of my skin I have no right's at Eastern State Hospital and I was born in the U.S.A.

signed, ELLIOTT D. GOODIN
Elliott D. Goodin

RECEIVED
OCT 05 2017
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

ELLIOTT D. GOODIN
800 MAPLE ST.
Medical Lake, WA 99022

United States District Court
Eastern District of Washington
OFFICE OF THE CLERK
Thomas S. Foley United States Courthouse, Room 840
Spokane, Washington 99201
Mailing PO Box
Spokane, WA 99210

RECEIVED
OCT 0 5 2017
CLERK, U.S. DISTRICT COURT
SPOKANE, WA