# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ELLIOT D. GOODIN, <br> *Plaintiff* <br> v. <br><br> DR. GREGORY BAHDER, and SEAN CALDWELL, <br> *Defendant* | Civil Action No. 2:17-CV-0217-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The claims asserted in Plaintiff's Fourth Complaint (ECF No. 12) are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

Date: July 18, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen